1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

          Plaintiff,

        vs.

CHRISTOPHER LEE WOOD,

          Defendant.

)
)
)
)
)
)
)
)
)
)
)

NO.  CR18-190 RAJ

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DEADLINE

THIS MATTER having come before the Court on defendant's unopposed

motion for a continuance of the trial and the pretrial motions due date, and the Court

having considered the facts set forth in the motion, the speedy trial waiver executed by

defendant, and the records and files herein, the Court finds as follows:

The Court finds that the ends of justice will be served by ordering a continuance

in this case, that a continuance is necessary to ensure adequate time for effective case

preparation, and that these factors outweigh the best interests of the public and

defendant in a speedy trial.

1. A failure to grant the continuance would deny defense counsel the reasonable

time necessary for effective preparation, taking into account the exercise of due

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL AND PRETRIAL
MOTIONS DEADLINE    - 1
(*Christopher Lee Wood*; CR18-190RAJ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1 diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv). In addition, the failure

2 to grant a continuance in the proceeding would be likely to result in a miscarriage of

3 justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

4     2. The ends of justice will be served by ordering a continuance in this case, as a

5

6 continuance is necessary to ensure adequate time for the defense to effectively prepare

7 for trial. All of these factors outweigh the best interests of the public and defendant in

8 a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7).

9     IT IS THEREFORE ORDERED that the Defendant's Unopposed Motion to

10

11 Continue Trial Date and Pretrial Motions Deadline (Dkt. #22) is GRANTED.  The

12 trial date in this matter is continued from October 9, 2018, to March 18, 2019.  All

13 pretrial motions, including motions in limine, shall be filed no later than February 1,

14 2019.

15     IT IS FURTHER ORDERED that the resulting period of delay from the date of

16

17 this order to the new trial date of March 18, 2019, is hereby excluded for speedy trial

18 purposes under 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

19     DATED this 14th day of September, 2018.

20

21

22         The Honorable Richard A. Jones

23         United States District Judge

24

25

26 ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL AND PRETRIAL
MOTIONS DEADLINE   - 2
(*Christopher Lee Wood*; CR18-190RAJ)