HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR18-190RAJ |
| Plaintiff, | ORDER GRANTING MOTION TO SEAL DEFENDANT'S SENTENCING MEMORANDUM |
| vs. | |
| CHRISTOPHER LEE WOOD, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion of defendant, Christopher Lee Wood, to file Defendant's Sentencing Memorandum and the exhibits under seal. The Court finds there are compelling reasons to permit the filing of the document under seal.

IT IS HEREBY ORDERED that the defendant's Motion to Seal (Dkt. #45) is GRANTED. Defendant shall be permitted to file his Sentencing Memorandum and the exhibits under seal.

DATED this 6th day of December, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO SEAL DEFENDANT'S
SENTENCING MEMORANDUM  - 1
(*Christopher Lee Wood*; CR18-190RAJ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**