Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-190RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER TO SEAL |
| CHRISTOPHER LEE WOOD, | |
| Defendant. | |

Having read the Government's Sentencing Memorandum in the above-captioned case, which has been requested to be sealed, and Government's Motion to Seal requesting that said document be allowed to remain under seal, and finding good cause,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. #47) is GRANTED. The Government's Sentencing Memorandum, filed under seal, shall be sealed and remain sealed.

DATED this 6th day of December, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL/CHRISTOPHER LEE WOOD - 1
CR18-190RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970